UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA L. NESS, | No. 2:20-cv-309-EFB |
| Plaintiff, | |
| v. | AMENDED SCHEDULING ORDER |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff seeks judicial review of an administrative decision of defendant Commissioner of Social Security denying plaintiff's claim for disability benefits under the Social Security Act. This action was stayed pending the filing of the administrative record pursuant to General Order Number 615. *See* G.O. 615 ¶¶ 6, 10. On June 23, 2020, defendant filed a copy of the administrative record.

Accordingly, it is hereby ORDERED that:

1. The stay entered April 20, 2020 (ECF No. 6) is lifted.

2. Within forty-five (45) days of this order, plaintiff shall file a motion for summary judgment and/or remand.

/////

/////

1

3. Within thirty (30) days after plaintiff's motion for summary judgment and/or remand is served, defendant shall file an opposition or a statement of non-opposition to plaintiff's motion for summary judgment and/or remand, as well as any cross-motions.

4. Within twenty-one (21) days thereafter, plaintiff shall file an opposition or a statement of non−opposition to any cross−motion(s) filed by defendant, as well as any reply in support of plaintiff's motion for summary judgment and/or remand.

5. The case will then be submitted on the papers unless, within fourteen (14) days after the deadline for filing a reply, a request for oral argument is filed. Requests for oral argument shall identify issues upon which oral argument is requested and shall explain why oral argument would be helpful. The court will schedule a hearing if it determines oral argument would be of material assistance. E.D. Cal. L.R. 230(g).

6. Briefs shall clearly and separately set forth issues, including separate headings and discussion.

7. Applications for fees pursuant to 42 U.S.C. § 406 shall include:

    a. A statement by counsel as to whether an application for EAJA fees has been filed;

    b. The date counsel was retained by plaintiff;

    c. The amount withheld from plaintiff's award for payment of fees;

    d. The amount of fees authorized by the Administration (unless the award was made by the court);

    e. A contemporaneous log of hours claimed;

    f. Justification for the requested hourly rate.

8. Failure to comply with any portion of this order may result in the "imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." E.D. Cal. L.R. 110.

DATED: June 24, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE