Jared T. Walker (SB#269029)
P.O. Box 1777
Orangevale, CA 95662
T: (916) 476-5044
F: (916) 476-5064
jared@jwalker.law

Attorney for Plaintiff,
LAURA NESS

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

LAURA NESS,

      Plaintiff,

        v.

ANDREW M. SAUL,
Commissioner of Social Security,

      Defendant.

Case No.: 2:20-cv-00309-EFB

STIPULATION FOR FIRST EXTENSION
OF TIME FOR PLAINTIFF TO FILE
OPENING BRIEF

     IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file his motion for summary judgment be extended thirty-five (35) days, from the original deadline, such that Plaintiff's new deadline, with the Court's approval, will be September 11, 2020.  This is Plaintiff's first request for an extension of time.  Plaintiff needs additional time to file her motion for summary judgment due to the volume of the medical records in this case and Plaintiff's counsel's conflicting deadlines in other matters.  With the Court's approval, the parties further stipulate that all other dates in the Court's Scheduling Order be extended accordingly.

Dated: August 7, 2020          Respectfully submitted,

                       /s/ *Jared T. Walker*
                       Jared T. Walker,
                       Attorney for Plaintiff

SO STIPULATED:

McGREGOR W. SCOTT
United States Attorney

Dated:  August 7, 2020          By:     /s/ *Timothy Bolin
                                        (*authorized by email on 8/07/2020)
                                        Timothy R. Bolin
                                        Special Assistant United States Attorney
                                        Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

Dated:  August 10, 2020.

HON. EDMUND F. BRENNAN
U.S. Magistrate Judge

STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF