Jared T. Walker (SB#269029)
P.O. Box 1777
Orangevale, CA 95662
T: (916) 476-5044
F: (916) 476-5064
jared@jwalker.law

Attorney for Plaintiff,
LAURA NESS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| LAURA NESS, | Case No.: 2:20-cv-00309-EFB |
|---|---|
| Plaintiff, | |
| v. | STIPULATION FOR SECOND EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF |
| ANDREW M. SAUL, Commissioner of Social Security, | |
| Defendant. | |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file her motion for summary judgment be extended thirty (30) days, from the current deadline, such that Plaintiff's new deadline, with the Court's approval, will be October 12, 2020. This is Plaintiff's second request for an extension of time. Plaintiff's counsel apologizes for the delay but needs additional time to fully review this lengthy administrative record and properly prepare Plaintiff's motion for summary judgment. Plaintiff's counsel's attention to this matter has been delayed due to conflicting deadlines in counsel's other matters, including an opening brief due in a Ninth Circuit social security appeal, two dispositive briefs due in separate social security matters pending in district court, two filing deadlines in state court litigation matters, as well as counsel's personal responsibilities relating to his children not attending school currently. With the Court's approval, the parties further stipulate that all other dates in the Court's Scheduling Order be extended accordingly.

///

Dated: September 2, 2020                Respectfully submitted,

/s/ *Jared T. Walker*
Jared T. Walker,
Attorney for Plaintiff

SO STIPULATED:

McGREGOR W. SCOTT
United States Attorney

Dated: September 2, 2020        By:     /s/ *Timothy Bolin*
(*authorized by email on 9/02/2020*)
Timothy Bolin
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

Dated: September 3, 2020.

HON. EDMUND F. BRENNAN
U.S. Magistrate Judge

-2-
STIPULATION FOR SECOND EXTENSION OF TIME
FOR PLAINTIFF TO FILE OPENING BRIEF